## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| **vs.** | ) CRIM. ACTION NO. 04-00197-02-CG |
| | ) |
| **RODERICK D. WILLIAMS,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

This cause is before the court on defendant's motion to continue. (Doc. 77). The motion is due to be denied.

Defendant moves to continue the current trial date of April 26, 2005, because he has not yet received notice that all defense witnesses have been served with subpoenas. Id. The United States Marshal's office informed the court this day that all witnesses in this case had been served with the exception of two, whom they expect to have served by the end of today. Accordingly, the sole grounds for defendant's motion to continue have been resolved and the motion is due to be, and hereby is, **DENIED**.

Defense counsel is advised to stay in contact with the U.S. Marshal to ascertain the status of the two remaining subpoenas.

**DONE and ORDERED** this 20th day of April, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

1