```
              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA** )
)
**vs.** )
) CRIMINAL NO. 04-00197-CG-B
**RODERICK D. WILLIAMS,** )
)
    **Defendant.** )

## ORDER

This matter is before the Court on Defendant Roderick D. Williams' Motion For Travel And Related Expenses For Defense Witnesses (Doc. 81). Upon consideration and for good cause shown, Defendant's motion is **GRANTED in part**.

It appears to the Court that Defendant is without sufficient funds to cover the travel expenses for the appearances of four (4) defense witnesses who have been subpoenaed to give testimony during the trial of this case, which is scheduled to commence on April 26, 2005, in Mobile, Alabama. As such, it is hereby **ORDERED** that the United States Marshal for the Southern District of Alabama provide non-custodial transportation from Atlanta, Georgia to Mobile, Alabama, as well as subsistence, if necessary, for the following witnesses:

    1.   Aundrea Able

    2.   Dennis Morris

    3.   David Smith

    4.   Anthony Rice

The above-named witnesses are to be provided transportation so that they will arrive in Mobile, Alabama, specifically at **Courtroom 2B** of the United States District Court for the Southern District of Alabama, in time for the above-referenced trial.

It is further **ORDERED** that the above-named witnesses be provided with non-custodial transportation from Mobile, Alabama to Atlanta, Georgia, as well as subsistence, if necessary.

**DONE** this **22nd** day of **April, 2005.**

S/SONJA F. BIVINS
UNITED STATES MAGISTRATE JUDGE