IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| **vs.** ) | **CRIMINAL NO. 04-00197-CG** |
| ) | |
| **RODERICK D. WILLIAMS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the court on defendant's Motion for Release Pending Appeal. (Doc. 92). Defendant is awaiting sentencing after conviction by a jury. The court's determination of the issue is guided by 18 U.S.C. §3143(a)(2), which provides, in pertinent part:

> The judicial officer shall order that a person who has been found guilty of an offense in a case described in subparagraph (A), (B), or (C) of subsection (f)(1) of section 3142 and is awaiting imposition or execution of sentence be detained unless - -
>    (A)(i) the judicial officer finds there is a substantial likelihood that a motion for acquittal or new trial will be granted; or
>       (ii) an attorney for the Government has recommended that no sentence of imprisonment be imposed on the person; <u>and</u>
>    (B) the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to any other person or the community.

(emphasis supplied).

Defendant was found guilty of 1) conspiracy to possess with intent to distribute between 50 and 100 kilograms of marijuana, subjecting him to the penalty provisions of 21 U.S.C.§841(b)(1)(C) that provide for a sentence of up to 20 years imprisonment; and 2) conspiracy to possess with intent to distribute between 50 and 500 grams of a mixture and substance containing a detectable amount of methamphetamine, subjecting him to the penalty provision of 21 U.S.C. §841(b)(1)(B) that provide for

a sentence of 5 to 40 years imprisonment.  Defendant is therefore a person who has been found guilty of an offense for which the maximum term of imprisonment of ten years or more is prescribed by the Controlled Substances Act (21 U.S.C. 801 et seq.), as described in 18 U.S.C. §3142(f)(1)(C).  There is no likelihood of an acquittal or new trial being granted in this case, and the United States has not recommended a sentence involving no imprisonment.   In such circumstances, the law requires that the defendant be detained pending sentencing, and the court therefore **DENIES** the motion.

**DONE and ORDERED** this 6th day of May, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE