# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RODERICK D. WILLIAMS,** | : |
| Petitioner, | : |
| v. | : Civil No.: 08-00513-CG-N |
| | : Crim. No.: 04-00197-CG |
| **UNITED STATES OF AMERICA,** | : |
| Respondent. | : |

## ORDER

After due and proper consideration of all pleadings in this file, including listening to the recording of the evidentiary hearing held in connection with this petition, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 is adopted as the opinion of this Court.

It is **ORDERED** that the petitioner's Motion to Vacate, Set Aside or Correct Sentence is **DENIED**, and that a Certificate of Appealability is **DENIED**.

**DONE and ORDERED** this 1st day of April, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE