IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RODERICK D. WILLIAMS,** : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civil No.: 08-00513-CG-N |
| : | Crim. No.: 04-00197-CG |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Respondent. : | |

## JUDGMENT

In accordance with the Order entered this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that petitioner's motion to vacate, set aside or correct sentence, filed pursuant to 28 U.S.C. § 2255, is **DENIED** and that judgment is entered in favor of the Respondent in the above-styled action.   Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 1st day of April, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE